**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT F. BUCHOLTZ, II,

Plaintiff,

v. CASE NO: 8:11-cv-727-T-26EAJ

LENDMARK FINANCIAL SERVICES, INC., and
BRANCH BANKING AND TRUST COMPANY,

Defendants.
_________________________________/

**O R D E R**

Upon due consideration of the well-pleaded *factual* allegations of Plaintiff's amended complaint, which this Court must accept as true at this early juncture of the proceedings, together with the arguments advanced in Defendant Branch Banking and Trust Company's motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court concludes that the motion to dismiss is due to be denied.[1] Plaintiff has alleged *factually*, in support of his contention that Defendants were his joint employers, that he was hired by Defendants in June of 2008, that he worked as a branch manager for Defendants until on or about January 25, 2011, that he notified Defendants of his need for leave under the Family and Medical Leave Act (the FMLA) on January 20, 2011, and that his employment with Defendants was later terminated because of his request for medical leave. In the Court's view, such factual allegations

---

[1] In view of this conclusion, the Court needs no response from Plaintiff.

are more than sufficient to raise a right to relief above the speculative level and to state a plausible claim for relief against Defendant Branch Banking and Trust Company for violating the FMLA as a joint employer of Plaintiff.[2] Whether Plaintiff can ultimately prove this Defendant was in fact his employer under Eleventh Circuit precedent is for another day within the context of a motion for summary judgment.[3]

Accordingly, the Motion to Dismiss (Dkt. 8) is denied. Defendant Branch Banking and Trust Company shall file its answer and affirmative defenses to Plaintiff's amended complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 19, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] See Ashcroft v. Iqbal, 556 U.S. ___, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009); Atlantic Corp. v. Twombly, 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

[3] See Morrison v. Magic Carpet Aviation, 383 F.3d 1253, 1255 (11th Cir. 2004).